| KIMBERLY UDDO | * | NO. 2024-C-0319 |
| --- | --- | --- |
| VERSUS | * | COURT OF APPEAL |
| MARLIN GUSMAN, FORMER SHERIFF OF ORLEANS PARISH | * | FOURTH CIRCUIT |
| | * | STATE OF LOUISIANA |
| | * | |
| | * | |

* * * * * * *

RLB

**BELSOME, J., CONCURS IN THE RESULT**